UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BRENDA R. BLALOCK, ET AL., Plaintiffs | CIVIL DOCKET NO. 1:19-CV-01160 |
| VERSUS | DISTRICT JUDGE DRELL |
| UNION PACIFIC RAILROAD CO., Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED Plaintiffs' Motion to Amend (ECF No. 25) is DENIED.

IT IS ORDERED that Union Pacific Railroad's Motion to Strike (ECF No. 28) is also DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 20th day of September 2021.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT